UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON C. DIEBERT,

    Plaintiff,

File No: 1:06-CV-612

v.

HON. JANET T. NEFF

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
    _____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

The decision by the Commissioner of Social Security is hereby **REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).**

IT IS SO ORDERED.


Dated: September 13, 2007                     /s/ Janet T. Neff
                                                     JANET T. NEFF
                                                     UNITED STATES DISTRICT JUDGE

To: All parties of record