UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SHARON C. DIEBERT,

        Plaintiff,                          Case No.1:06-cv-612

v.                                                    Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## **ORDER APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 7, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's application for attorney fees (Dkt. No. 17) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated:  April 25, 2008                                              /s/ Janet T. Neff
                                                                              JANET T. NEFF
                                                                               UNITED STATES DISTRICT JUDGE